ROGER L. GRANDGENETT, II, ESQ. #6323
NOEL E. EIDSMORE, ESQ., Bar # 7688
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
ALMOST HOME ADULT DAYCARE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALPHONSO WEBB,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALMOST HOME ADULT DAYCARE, LLC a Nevada Corporation; and DOES I-X,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-01814-APG-GWF<br><br>STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE |

Plaintiff, ALPHONSO WEBB and Defendant, ALMOST HOME ADULT DAYCARE, LLC, by and through their respective counsel of record, hereby stipulate to dismiss the entire action with prejudice, pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation.

Dated: November 25th, 2013

Respectfully submitted,

_____
IVY GAGE, ESQ.
THE GAGE LAW FIRM, PLLC

Attorneys for Plaintiff
ALPHONSO WEBB

Respectfully submitted,

_____
ROGER L. GRANDGENETT, II, ESQ.
NOEL E. EIDSMORE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ALMOST HOME ADULT DAYCARE, LLC

**IT IS SO ORDERED.**

Dated:  November 27, 2013.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:124201819.1 076311.1002

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.