1 ROGER L. GRANDGENETT, II, ESQ. #6323
NOEL E. EIDSMORE, ESQ., Bar # 7688
2 LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
3 Suite 300
Las Vegas, NV  89169-5937
4 Telephone:     702.862.8800
Fax No.:          702.862.8811
5
Attorneys for Defendant
6 ALMOST HOME ADULT DAYCARE, LLC

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

11 ALPHONSO WEBB,

12       Plaintiff,                              Case No. 2:13-cv-01814-APG-GWF

13 vs.                                           STIPULATION TO DISMISS THE ENTIRE
                                                 ACTION WITH PREJUDICE
14 ALMOST HOME ADULT DAYCARE,
LLC a Nevada Corporation; and DOES I-
15 X,

16       Defendant.

17

18       Plaintiff, ALPHONSO WEBB and Defendant, ALMOST HOME ADULT DAYCARE,

19 LLC, by and through their respective counsel of record, hereby stipulate to dismiss the entire action

20 with prejudice, pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii).

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation.

Dated: November 25th, 2013

Respectfully submitted,

_____
IVY GAGE, ESQ.
THE GAGE LAW FIRM, PLLC

Attorneys for Plaintiff
ALPHONSO WEBB

Respectfully submitted,

_____
ROGER L. GRANDGENETT, II, ESQ.
NOEL E. EIDSMORE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ALMOST HOME ADULT DAYCARE, LLC

**IT IS SO ORDERED.**

Dated: November 27, 2013.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:124201819.1 076311.1002

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.